# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | **(For a Petty Offense) — Short Form** |
| v. | CITATION NUMBER: 14-mj-07010 |
| BYRON D. BROWNFIELD | ATTY: STEVEN RODEMER |

**THE DEFENDANT:** Pleaded guilty to count(s) 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 930 | UNLAWFUL POSSESSION OF A WEAPON IN A FEDERAL FACILITY | 4/28/2014 | 1 |

Defendant sentenced to: must complete twenty-four (24) hours of Community Service in schools working with highschool students, boyscouts or some community outlet that works with children to be completed in the next six (6) months; must pay fine of $450/25 to be paid by 9/2/2015 at U.S. District Court Finance Office located at 901 19th Street, Denver, CO.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $25.00 | $450.00 | $0.00 |

8/19/2015
Date of Imposition of Judgment

Signature of Judicial Officer
Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

8/25/15
Date